# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1943
_____

ANJRE KRISHAD CALDWELL,

    Appellant,

    v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and JALISE JENNELL
BRADLEY,

    Appellees.

_____

On appeal from the Department of Revenue Child Support Program.
Ann Coffin, Director.

June 27, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andrew J. Decker, IV of The Decker Law Firm, P.A., Lake City, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for Appellee State of Florida Department of Revenue Child Support Program.

No appearance by Appellee Jalise Jennell Bradley.